# CRIMINAL COMPLAINT
**(Electronically Submitted)**

| **United States District Court** | **DISTRICT of ARIZONA** |
|---|---|
| United States of America<br>v.<br>**Donnie La Mont Jr. Freeman**; DOB: 2003; United States Citizen<br>**Rafael Santa Cruz**; DOB: 1959; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-06619MJ |

Complaint for violation of Title 8 United States Code §§ 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(iii), and 1324(a)(1)(B)(i).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
**COUNT 1:** On or about July 8, 2026, in the District of Arizona, **Donnie La Mont Jr. Freeman and Rafael Santa Cruz**, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to conceal, harbor or shield certain illegal aliens, including Juan Alvaro De Los Santo-De Los Santos, Mario De Los Santos-Guzman, Jose Dionicio-Garcia, Luis Ramon Olvera-Saldierna, Juan Jose Prado-Lua and Eugenio Viada-Matia, to avoid said aliens' detection by immigration authorities, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(iii), and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On July 8, 2026, in the District of Arizona (Nogales), at approximately 9:45 a.m., Border Patrol Agents assigned to the plain clothes DIRUPT unit (DBPAs) were conducting surveillance in Rio Rico, AZ, when they identified three suspected Illegal Aliens (IAs) laid up in the brush in Via Rosamorada. This area is heavily used in human smuggling operations. Air support (Troy 708) was requested and observed the three IAs being picked up by a white SUV on Via Rosamorada. Troy 708 guided DBPAs to the white Buick Encore and DBPAs followed the SUV to 182 Acebo Court in Rio Rico, AZ. Troy 708 observed the three suspected IAs exit the Buick and get escorted by the driver into a small shed located in the backyard of the residence. Due to the limited visibility from the roads surrounding 182 Acebo Court, DBPAs proceeded to conduct foot surveillance of the shed containing the three suspected IAs. Troy 708 maintained visual of the residence to observe any vehicles arriving and departing. DBPAs observed the three suspected IAs exit the shed at different times. IA smugglers will shuttle IAs to a specific area to consolidate the group, who will then await a vehicle to take them further into the US. It appeared they were enduring the extreme temperatures of the shed, devoid of any air conditioning or fans, to remain concealed until a load vehicle arrived to take them further into the United States. Two of the suspected IAs were observed on the inside of the shed not wearing any shirts, indicating the extreme temperature inside the shed. Homeland Security Investigations (HSI) was contacted to assist with conducting surveillance. HSI responded and utilizing the information that Troy 708 and DBPAs provided, drafted a Residential Search Warrant (RSW) affidavit. HSI presented and was granted the RSW for 182 Acebo Court.

**Continued on next page:**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Juan Alvaro De Los Santo-De Los Santos, Mario De Los Santos-Guzman, Jose Dionicio-Garcia, Luis Ramon Olvera-Saldierna, Juan Jose Prado-Lua and Eugenio Viada-Matia

| | |
|---|---|
| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Nick Piccolo |
| **Sworn by telephone** x | |
| SIGNATURE OF MAGISTRATE JUDGE1) | DATE<br>July 9, 2026 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Enderle

**Continued from front page.**

At approximately 5:50 P.M., HSI executed the RSW at 182 Acebo Court and discovered six individuals inside the shed including, Juan Alvaro De Los Santo-De Los Santos, Mario De Los Santos-Guzman, Jose Dionicio-Garcia, Luis Olvera-Saldierna, Juan Jose Prado-Lua, and Eugenio Viada-Matia, who admitted to being citizens and nationals of Mexico. Record checks revealed the six subjects do not possess the proper documentation to enter, pass through, or remain in the United States legally. Additionally, four subjects, including **Donnie La Mont Jr. Freeman**, and **Rafael Santa Cruz**, were discovered inside the main residence of 182 Acebo Court.

Material witness Juan Alvaro De Los Santo-De Los Santos stated he is a citizen and national of Mexico. He made arrangements in Mexico to be smuggled into the United States. He illegally crossed into the U.S. on July 8, 2026. He was picked up from the border in a white car with black strips and was taken to a brush layup. A different car picked him up from the brush and was taken to the shed where he was arrested today. He had been at the shed for couple hours. He was shown photo lineups of the subjects located inside the main residence and was unable to identify anyone.

Material witness Mario De Los Santos-Guzman stated he is a citizen and national of Mexico. He made arrangements in Mexico to be smuggled into the United States. He illegally crossed into the U.S. on July 8, 2026. He was picked up from the border in a blue SUV and was taken to the shed. He had been at the shed for approximately two hours. He was shown photo lineups of the subjects located inside the main residence and was unable to identify anyone.

Material witness Jose Dionicio-Garcia stated he is a citizen and national of Mexico. His brother made arrangements in Mexico for him to be smuggled into the United States. He illegally crossed into the U.S. on July 2, 2026. He was picked up from the border and taken to a shed. He stayed in the shed for six or seven days. A dark-skinned male heavier set subject gave him food once a day. It was very hot and had to use the bathroom in a bucket. He lost his phone. He identified **Freeman** in a photo lineup as the person go gave them food.

Material witness Luis Olvera-Saldierna stated he is a citizen and national of Mexico. His friend made arrangements in Mexico for him to be smuggled into the United States and he paid $500 USD. He illegally crossed into the U.S. on July 1, 2026. He was picked up from the border in a grey sedan and taken to a brush layup, where he waited all night. He was then picked up from the brush in a white vehicle and taken to a shed. He stayed in the shed for seven days. A dark-skinned male subject gave him food once a day. It was very hot, and they had to go to the brush to use the bathroom. His phone was taken away by the subject who took him to the shed. He identified **Freeman** in a photo lineup as the person who brought them food.

Material witness Juan Jose Prado-Lua stated he is a citizen and national of Mexico. His brother made arrangements in Mexico for him to be smuggled into the United States. He illegally crossed into the U.S. on July 2, 2026. He was picked up from the border in a small white Nissan and taken to a brush layup. He was then picked up from the brush in a white vehicle and taken to a shed. He was picked up at night and stayed at the shed for six days. He said a dark-skinned male subject gave him food once a day. It was very hot, and they had to go to the brush to use the bathroom. His phone was taken away.

Material witness Eugenio Viada-Matia stated he is a citizen and national of Mexico. He made arrangements in Mexico to be smuggled into the United States. He illegally crossed into the U.S. on July 8, 2026. He was picked up from the border in a grey car and was taken to a brush layup. A different car picked him up from the brush and was taken to the shed. Three other subjects were already in the shed when he arrived. He had been at the shed for couple hours. He was shown photo lineups of the subjects located inside the main residence and was unable to identify anyone.

**Continued on next page**

**Continued on previous page**


After waving his *Miranda Rights*, **Rafael Santa Cruz** stated he has lived in the residence at address 182 Acebo Court in Nogales for approximately 10 years. Several people also live at the residence, including **Freeman**. On July 8, 2026, he traveled to Tucson in his 2010 Ford Expedition for two appointments at 1:15 p.m. and 1:45 p.m. he arrived back at the house, approximately 15 minutes prior to law enforcement arriving to execute the residential search warrant. He was asked what his involvement was in the harboring of IAs discovered in his shed at the rear of his property. He explained that a week ago during his recent trip into Nogales, Mexico, where he gets his laundry cleaned, he was approached by a person. That person asked him if he wanted to make some extra money and he agreed to have two subjects that he was aware were IAs staged in his shed at the back of his property. He agreed to allow two IAs to be brought to his property for a fee of $650.00 USD per IA. He was not aware that there would be any additional IAs and that he was surprised that they were brought to the property during the day instead of at night as was agreed. He never saw the IAs or communicated with them and believed they would be walking from another location to his property. The coordinator told him that after the second subject arrived at the property that they would immediately be picked by someone. He was not aware of who was supposed to pick the IAs up from his property. He also stated that he communicated through a phone number he had for the coordinator but could not remember the number. This was the first time he had ever been involved in IA smuggling. If smuggling of the two IAs had been successful, he would have crossed back into Nogales, Mexico to be paid. He wanted to make it clear that no one else in the house was involved and they did not know anything.